UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANA PAGAN,

        Plaintiff,

vs.                                                      Civil Action No.:
                                                             1:24-CV-09162

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

AND, NOW, this 15th day of April, 2025, upon consideration of Plaintiff's Motion for an extension of time to file her brief,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is due June 16, 2025. Defendant's brief is due August 14, 2025. Plaintiff's reply, if any, is due August 28, 2025.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.**

Entered: April 15, 2025                                                       *Katharine H Parker*
                                                                               _____