**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ANA PAGAN,

                            Plaintiff,                            24 **CIVIL** 9162 (KHP)

          -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Opinion and Order dated March 22, 2026, the Plaintiff's motion for judgment on the pleadings is DENIED, judgment is issued in favor of the Commissioner, and the action is hereby DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York

      March 23, 2026

                                          **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                     **BY:**    _____
                                  **Deputy Clerk**